C. DOUGLAS GREEN, Respondent, *v.* FRANCIS WADDINGTON, Appellant, Impleaded with Another.

*Green* v. *Waddington*, 164 App. Div. 942, affirmed.
(Argued February 7, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1914, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict in an action for fraud and deceit. The complaint alleged that relying upon certain false representations of defendant and believing them to be true, plaintiff purchased from them and paid for a number of shares of stock which proved to be worthless. (See 210 N. Y. 79.)

*Charles S. Aronstam* for appellant.
*Joseph G. Deane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.